| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>THOMAS J. ORR, CHAPTER 7 TRUSTEE<br>321 High Street<br>Burlington, NJ  08016-4496<br>609.386.8700 |
| In Re:<br><br>Jughandle Brewing Company LLC,<br><br>     Debtor. |

Case No. 23-15703(KCF)

Honorable Kathryn C. Ferguson, U.S.B.J.

Chapter 7

# APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, _____Thomas J. Orr_____, is the (check all that apply)

   ☒ Trustee:     ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

   ☐ Debtor:     ☐ Chap. 11     ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional  _Sharer Petree Brotz & Snyder_ to serve as (check all that apply):

   ☐ Attorney for:     ☐ Trustee     ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☒ Accountant for:   ☒ Trustee     ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify): _____

3. The employment of the professional is necessary because:
I anticipate the need for accounting services as I liquidate value assets of the Estate and investigate the financial history of this debtor, and estimate the tax implications of recovery for creditors.

4. The professional has been selected because:
Sharer Petree Brotz & Snyder was selected because of its extensive bankruptcy experience.

5. The professional services to be rendered are as follows:
See attached Certification of Robert N. Snyder, Jr.

6. The proposed arrangement for compensation is as follows:
The retained professional will be required to submit an application for fees and upon completion of the services requested, to be approved by Order of the Court.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒    None

☐    Describe connection: _____

_____

_____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒    does not hold an adverse interest to the estate.

   ☒    does not represent an adverse interest to the estate.

   ☒    is a disinterested person under 11 U.S.C. § 101(14).

   ☒    does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐    Other; explain:

   _____

   _____

   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

   _____

   _____

3

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Dated:  7.19.2023

*/s/ Thomas J. Orr*
Signature of Applicant

Thomas J. Orr, Chapter 7 Trustee
Name of Applicant

- and –

**McMANIMON, SCOTLAND
 & BAUMANN, LLC**
*Counsel to Chapter 7 Trustee*

Dated: 7.19.2023

By:    /s/ *Andrea Dobin*
       Andrea Dobin

4872-4212-0237, v. 1