UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **JUGHANDLE BREWING COMPANY, LLC,** Debtor.

Case No.: 23-15703 (CMG)
Chapter: 7
Judge: Christine M. Gravelle

## NOTICE OF PROPOSED PUBLIC SALE

_____THOMAS J. ORR_____, ____Chapter 7 Trustee____, in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne M. Naughton<br>402 East State St.<br>Trenton, NJ  08607 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ____Christine M. Gravelle____ on ____October 10, 2023____ at ____10____ a.m. at the United States Bankruptcy Court, Courtroom no. ____3____, ____402 East State St., Trenton, NJ  08607____. (Hearing date must be at least 28 from the date of this notice).

If no objection to the sale is filed the clerk will enter a Certification of No Objection and the sale will be consummated as proposed.

| Location, date and time of sale: | Online auction to commence on October 19, 2023, and continue through October 25, 2023.  The auction can be located on the auctioneer's website at http://www.theauctioneersgroup.com/. |
|---|---|

| Description of property to be sold: | 1) 2019 Ford T250; and<br>2) 2016 Toyota Camry. |
|---|---|

| Terms of sale: | A 18% buyer's premium will be charged based upon the bid price.  A complete list of all terms and conditions will be available on the auctioneer's website in the weeks leading up to the auction.  http://www.theauctioneersgroup.com/. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Joseph R. Zapata, Jr., Esq., Counsel to Thomas J. Orr, Trustee
Address: 427 Riverview Plaza, Trenton, NJ  08611
Telephone No.: 973-681-7979/jzapata@msbnj.com

*rev.8/1/15*